UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LEW GRIFFIN,<br><br>    Petitioner,<br><br> v.<br><br>SANDRA ALFARO,<br><br>    Respondent. | NO. EDCV 14-1084-DOC (AGR)<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 22, 2014

                  /s/ David O. Carter
                  DAVID O. CARTER
                  United States District Judge